UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLIE JO ROSE LAIR,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No.  2:13-CV-3126-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**; Defendant's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Plaintiff. The case is **REMANDED** to the Commissioner for further proceedings consistent with the Decision and Order.

DATED:  October 6, 2014

SEAN F. McAVOY
Clerk of Court

By: _s/Michelle Fox_
    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**